United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10980-jkf
Val Melik                                                             Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: May 30, 2017
                      Form ID: 195     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
db          +Val Melik,   3272 Durham Place,   Holland, PA 18966-2934
cr          +KeyBank N.A. S/B/M to first Niagara Bank N.A>,   4910 Tiedeman Road,   Brooklyn, OH 44144-2338
cr          +Nissan-Infiniti LT,   c/o Stewart, Zlimen & Jungers, Ltd,   2277 Highway 36 West, Suite 100,
              Roseville, MN 55113-3896

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Quicken Loans Inc. bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      EMANUEL R. KOSACCI    on behalf of Debtor Val  Melik ekosacci@mypalaw.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Val Melik : Case No. 17–10980–jkf
      Debtor(s)

***ORDER***
_____

AND NOW, this day , May 30, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

15
Form 195